UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POM WONDERFUL LLC, a Delaware limited liability company,

Plaintiff,

v.

ORGANIC JUICE USA, INC., a New York corporation; and DOES 1-10, inclusive,

Defendants.

-------------------------------------------------------X

ORGANIC JUICE USA, INC., a New York corporation,

Counter-Plaintiff,

v.

POM WONDERFUL LLC, a Delaware limited liability company,

Counter-Defendant.

**Case No. 1-09-cv-04916-JPO**

ECF Case

Assigned to Hon. J. Paul Oetken

NOTICE OF MOTION TO EXCLUDE
EVIDENCE RELATING TO DESTROYED SAMPLES

**PLEASE TAKE NOTICE** that upon the Declaration of Andrew S. Robbins, Esq., dated January 9, 2012, and the exhibits annexed thereto; the accompanying Memorandum of Law; the Declaration of Shankar Bhattacharyya, dated January 9, 2012; and the Plaintiff and Counter-Defendant's Complaint, dated May 26, 2009, and exhibit C annexed thereto; Defendant and Counter-Plaintiff, Organic Juice USA, Inc. will move before the Honorable J. Paul Oetken, at the United States District Court for the Southern

District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting its Motion in Limine to Exclude Evidence Relating to Destroyed Samples.

Dated: January 9, 2012
       New York, New York

Respectfully submitted,

By  /s/ Henry J. Ricardo
    Harvey Kurzweil
    Henry Ricardo

DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019-6092
Telephone: 212-259-8000
Facsimile: 212-259-6333

*Attorneys for Defendant and Counter-Plaintiff Organic Juice USA, Inc.*